[No. 2406-2.    Division Two.    January 19, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. EUGENE PRIEST, *Appellant*.

Appeal from a judgment of the Superior Court for Clal-

lam County, No. 4297, Gerald B. Chamberlin, J., entered April 19, 1976. *Affirmed* by unpublished per curiam opinion.